City of Kankakee, Plaintiff-Appellee, v. Eugene A. Young, Defendant-Appellant.

Gen. No. 69–72. (Abstract of Decision.)